Case 2:16-cv-00291 Document 29 Filed in TXSD on 11/09/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CORINA GUTIERREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-291 |
| | § | |
| COMMUNITY ACTION CORPORATION | § | |
| OF SOUTH TEXAS, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 28), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 9th day of November, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE